March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Kyle Ellison  Defendant(s).
----------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEOCONFERENCE

20 -Mag- 5093 (JCM)
10 Cr. 920 (KMK)
11 Cr. 630 (KMK)

Defendant __Kyle Ellison__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

✓ Initial Appearance/Appointment of Counsel

✓ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form) ON VOSR

___ Preliminary Hearing on Felony Complaint

✓ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

/s/ Kyle Ellison by JCM
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Kyle Ellison
_____
Print Defendant's Name

_____
Defense Counsel's Signature

Margaret M Shalley
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

May 21, 2020
_____
Date

Judith C. McCarthy
_____
U.S. District Judge/U.S. Magistrate Judge