UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

KEITH ELLISON,
                Defendant.
--------------------------------------------------------------x

**ORDER**

10 CR 920 (VB)
11 CR 630-16 (VB)

      The pending violation of supervised release ("VOSR") matter in the above-captioned case has been reassigned to the undersigned. A status conference by telephone in the related case of <u>United States v. Ellison</u>, 20 CR 350 (VB), is scheduled for October 16, 2020, at 3:00 p.m. The Court will address the status of the VOSR matter at that time.

Dated: October 14, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge